Opinion issued February 5, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00543-CV

_____

**NEW DIRECTION ENVIRONMENTAL, LLC AND RAY SALTER,**
**Appellants**

**V.**

**FLASH FUNDING, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1191032**

---

## MEMORANDUM OPINION

Appellants New Direction Environmental, LLC and Ray Salter filed a notice of appeal from the trial court's judgment. On February 2, 2026, appellants and appellee Flash Funding, LLC filed a joint "Stipulation of Dismissal of Appeal" requesting that the appeal be dismissed.

The Court grants the joint motion and dismisses the appeal. *See* Tex. R. App. P. 42.1, 43.2(f). We further direct the Clerk of this Court that costs are to be taxed against the party incurring the same. *See* Tex. R. App. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

.